NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**CASSADY A. ADAMS, Colorado Bar #48807**
Cassady.Adams@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00290-MO |
| v. | **MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE** |
| **COLE RICHARD KILLION,** | |
| **Defendant.** | |

1. On October 14, 2022, this Court entered a Preliminary Order of Forfeiture, ordering defendant Cole Richard Killion to forfeit all his right, title, and interest in the following assets:

> Firearm Magazines, Ammunition and Accessories;
> A blue smart phone with cracked screen; and
> An Android smart phone in a green case.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. As previously indicated in the Declaration of Publication (ECF No. 70), notice of this criminal forfeiture was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days. It stated the intent of the United States to dispose of the property in

accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

4. I know of no other persons who may have an interest in the above-described forfeitable property.

5. No third party has made claim to or declared any interest in the forfeitable property, and the time for filing a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the Firearm Magazines, Ammunition and Accessories; the blue smart phone with cracked screen; and an Android smart phone in a green case, forfeited as to all persons and vesting full right, title and interest in the property in the United States and directing the government to dispose of the property according to law.

DATED: February 1, 2023.    Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Cassady A. Adams*
**CASSADY A. ADAMS**
Assistant United States Attorney